UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Latonya Harris,

                     Plaintiff(s),

v.                                       Case No. 5:25−cv−14016−JEL−APP
                                            Hon. Judith E. Levy

Brandenburg Industrial Service
Company, et al.,

                     Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- SCHEDULING CONFERENCE:  June 10, 2026 at 03:30 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court¿s advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/W. Barkholz_____
                                           Case Manager

Dated:  June 3, 2026