# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Latonya Harris,

                    Plaintiff,         Case No. 25-14016

v.                                     Judith E. Levy
                                       United States District Judge

Brandenburg Industrial Service
Company,                               Mag. Judge Anthony P. Patti

                    Defendant.

_____/

## NOTICE REGARDING RESOURCES
## FOR SELF-REPRESENTED LITIGANTS

The Court encourages Plaintiff, who is proceeding without the assistance of an attorney (also referred to as proceeding pro se), to review the resources available to self-represented litigants in the Eastern District of Michigan. These resources can be accessed through the Court's website: www.mied.uscourts.gov. On the website, the resources may be viewed by selecting the "Representing Yourself" tab, and then clicking on the "Pro Se Information" option. The "Pro Se Information" page contains several expandable sections with information on serving a complaint, conducting legal research, and

filing documents electronically, among other topics. For general questions on the Court's procedures, the Clerk's Office can be reached by telephone at (313) 234-5000.

In addition, the Court suggests that Plaintiff seek free assistance from the University of Detroit Mercy Law School Federal Pro Se Legal Assistance Clinic. The Pro Se Legal Assistance Clinic can be reached by telephone at (313) 234-2690 or by email at proseclinic@udmercy.edu. It is located at the Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226.

Dated: June 12, 2026  
    Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 12, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

3