**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Latonya Harris,

                Plaintiff,

                      Case No. 25-14016

v.

                      Judith E. Levy

Brandenburg Industrial Service    United States District Judge
Company,

                      Mag. Judge Anthony P. Patti

              Defendant.

_____/

## SCHEDULING ORDER

The Court held a scheduling conference in the above captioned matter on June 10, 2026. IT IS HEREBY ORDERED that the following scheduling order is entered:

| EVENT | DEADLINE |
|---|---|
| Rule 26(a)(1) Initial Disclosures Exchanged by: | **June 30, 2026** |
| Email Case Manager regarding proposal for Alternative Dispute Resolution: | **August 10, 2026** |
| Plaintiff's Rule 26(a)(2) Expert Witness List and Disclosure due by: | **October 3, 2026** |
| Defendant's Rule 26(a)(2) Expert Witness List and Disclosure due by: | **October 17, 2026** |

| Discovery completed by: | **December 18, 2026** |
|---|---|
| Dispositive Motions filed by: | **February 26, 2027** |
| Motions *in Limine* filed by: | **July 6, 2027** |
| **Joint** Final Pretrial Order submitted by: | **August 2, 2027** |
| Final Pretrial Hearing: | **August 9, at 10:30 a.m.** |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | **August 16, 2027** |
| Trial Date: | **August 24, 2027, at 8:30 a.m.** |
| **JURY TRIAL** ||

## **Expert Discovery**

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

## **Practice Guidelines**

The parties are required to review and comply with this Court's practice guidelines, which are located at: http://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

## **Discovery Disputes**

The parties are required to first confer and attempt to narrow any disagreements regarding discovery.  E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court's Case Manager via email prior to filing any discovery motions.  The Court will then hold a video status conference with the parties regarding the subject of the dispute.  The Court will only permit discovery motions to be filed after it holds a conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.

Dated: June 12, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 12, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager